UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAREEM FAUNTLEROY,

                Petitioner,

  -against-

CHRISTOPHER ARTUZ,
Superintendent of
Green Haven Correctional Facility,

                Respondent.
------------------------------------------------------------X
KAREEM FAUNTLEROY,

                Petitioner,

  -against-

J. PLESCIA,
Superintendent of
Shawangunk Correctional Facility,

                Respondent.
------------------------------------------------------------X

JUDGMENT
00-CV- 2209 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2005 ★
BROOKLYN OFFICE

04-CV-3883 (JG)

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on July 18, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
         July 19, 2005

                                                    s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court